# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Holly L. Kahler<br>            Kevin L. Kahler<br>                        Debtors | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>                        Movant<br>        vs. | NO. 17-10808 AMC |
| Holly L. Kahler<br>Kevin L. Kahler<br>                        Debtors | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>                        Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 TOYOTA SIENNA, VIN: 5TDKK3DC7CS197615  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  10th   day of  April   , 2017.

_____
Ashely M. Chan, United States Bankruptcy Judge

cc: See attached service list

**Date: April 10, 2017**

Holly L. Kahler
116 Market Street
Lititz, PA 17543

Kevin L. Kahler
116 Market Street
Lititz, PA 17543

Alaine V. Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532