```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                           Case No. 17-10808-amc
Kevin L. Kahler                                                  Chapter 7
Holly L. Kahler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1           Date Rcvd: Apr 10, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db/jdb         +Kevin L. Kahler,   Holly L. Kahler,   116 Market Street,   Lititz, PA 17543-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Kevin L. Kahler avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Holly L. Kahler avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KERI P EBECK    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Holly L. Kahler<br>　　　　Kevin L. Kahler<br>　　　　　　<u>Debtors</u> | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　<u>Movant</u><br>　　vs. | NO. 17-10808 AMC |
| Holly L. Kahler<br>Kevin L. Kahler<br>　　　　　　<u>Debtors</u> | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>　　　　　　<u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 TOYOTA SIENNA, VIN: 5TDKK3DC7CS197615 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 10th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
cc: See attached service list　　　　　　　　Ashely M. Chan, United States Bankruptcy Judge

**Date: April 10, 2017**

Holly L. Kahler
116 Market Street
Lititz, PA 17543

Kevin L. Kahler
116 Market Street
Lititz, PA 17543

Alaine V. Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532