United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10808-amc
Kevin L. Kahler                                                           Chapter 7
Holly L. Kahler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia         Page 1 of 1         Date Rcvd: May 12, 2017
                             Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db/jdb         +Kevin L. Kahler,    Holly L. Kahler,   116 Market Street,    Lititz, PA 17543-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Joint Debtor Holly L. Kahler avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Kevin L. Kahler avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,   J100@ecfcbis.com
              KERI P EBECK    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 7

Kevin L. Kahler and Holly L. Kahler   : Case No. 17−10808−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 12, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

27
Form 195